## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | |
|     H. GAYLE JACKSON | ) | CASE NO. 14-21779 |
|     DEBTOR | ) | |
| | ) | CHAPTER 13 |
| H. GAYLE JACKSON | ) | |
|     MOVANT | ) | |
| | ) | JANUARY 31, 2015 |
| V | ) | |
| | ) | ECF NO. _____ |
| LAURELHART CONDOMINIUM | ) | |
| ASSOCIATION, INC. | ) | |
|     RESPONDENT | ) | |
| | ) | |

### OBJECTION TO PROOF OF CLAIM #4 BY LAURELHART CONDOMINIUM ASSOCIATION, INC

H. Gayle Jackson (the "Movant"), by and through counsel Suzann L. Beckett, hereby

objects to Proof of Claim #4 filed on 10/09/2014 by Laurelhart Condominium Association, Inc.

in the amount of $9,115.90, on the grounds indicated below:

1. The Claimant did not provide any documentation to show the amount of the debt, making the claim unenforceable under law pursuant to 11 U.S.C. §502 (b) (1).

2. Upon information and belief, the Claimant does not owe the amount claimed.

### OBJECTION BASED ON DISPUTED AMOUNT OF DEBT FOR FAILURE TO PROVIDE SUFFICIENT DOCUMENTATION

Creditor Laurelhart Condominium Association filed Proof of Claim #4 on October 01, 2014

in the alleged amount of $9,115.90.   Said Proof of Claim has no attachment to the Claim to

indicate how that amount was calculated, and said amount is significantly higher than the amount

believed to be due by the Debtor.

Under 11 U.S.C. §502, a debtor may object to a proof of claim if there is an objection based on the disputed amount of debt.   It is well established that once a debtor makes a substantive objection to a proof of claim, the burden of proof is shifted to the creditor to produce evidence of the validity of their claim.  Absent that evidence, the claim lacks *prima facie* validity and is therefore deemed disallowed by the court. *Id.* at 48., *In re Tran*, 351 B.R. 440, 448 (Bankr. S.D. Tex. 2006) aff'd, 369 B.R. 312 (S.D. Tex. 2007), and *In re Kirkland*, 572 F.3d 838, 840 (10th Cir. 2009).

WHEREFORE, the Movant respectfully requests that Proof of Claim # 4 be disallowed pursuant to 11 U.S.C. § 502 (b) (1).

MOVANT,    H. GAYLE JACKSON

By:   /s/ Suzann L. Beckett
Suzann L. Beckett, LLC
543 Prospect Avenue
Hartford, CT 06105
(860) 236-1111
Federal Bar No. ct02186